455 A.2d 203

Commonwealth v. Martinez, Appellant.
Petition for Allowance of Appeal
Denied May 13, 1983.

Submitted April 23, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.

WIEAND, J., concurred in the result.